■ ALLEN DELAINE, Respondent, v FINGER LAKES FIRE & CASUALTY Co., Appellant. (Appeal No. 2.) [803 NYS2d 477]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered July 13, 2004. The order transferred the action to Buffalo City Court.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Delaine v Finger Lakes Fire & Cas. Co.* (23 AD3d 1143 [2005]). Present—Green, J.P., Scudder, Kehoe, Martoche and Hayes, JJ.